Attn: United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re: CO8-01719
Arthur Court Designs v. Sherri Owens, John Jensen

To the Honorable Judge Edward M. Chen:

    I am attaching a copy of the answer I sent to the plaintiff's attorney, Martin Nicolaus at the Nicolaus Law Office. In my answer I provided information about each piece in the lawsuit. There are four pieces which are not similar to Arthur Court's designs. The grape tray and salad bowl in question were purchased by me from a factory in Mexico. I was unaware of any copyright infringements when I purchased these. I do not have the resources for a lawyer, and am not sure what the next step is. I have contacted the plaintiff's attorney to find a resolution. Please contact me for any information or documents needed in this case. Thank you for considering the facts and your time.

Sherri Owens

To: Nicolaus Law Office
1342 California St.
Berkley, CA 94703


From: Necessities
12435 N. 25th St.
Phoenix, AZ 85032
Sherri Owens

    I am responding to the copyright infringement lawsuit C08-01719. I will address each piece in the following.
    -The aluminum trays with raised shapes and form of elephants, short name 344, the aluminum oblong tray with raised elephant design, short name 336 and the aluminum tray in the form of two crabs with raised crab designs, short name 280, was purchased by me from India Handicrafts in Roseville, Minnesota USA. Their address is as follows, 2421 Rosegate Roseville, MN 55113 and their phone number is 651-582-0525. I do not believe that India Handicrafts would sell me a copyrighted piece, based on the volume of sales they do and their efforts to prevent this. It appears that the three trays are not alike. I am sending a photo of the trays they sold us. Please compare the three. I ended up selling these trays at half off due to their quality, and after shipping and expenses I did not make any money on these three pieces.

    -The cast aluminum serving set in the grapevine and leaf design, short name 1586 does not appear to be even similar to the set of grape servers we sell. Our servers have only a cluster of grapes, without leaves or vines or any cutout design pattern. I will send a photo of mine for you to compare.

    -The sand cast aluminum 14' grape salad bowl, short name 1634 and the sand cast aluminum 16" diameter grape tray, short name 1694 was purchased from Mexico without any knowledge that the design was already protected. I did not provide any sample, or ask them for such a piece. I merely purchased from a sample the Mexican factory showed me. I never intentionally tried to copy this piece or any others. I can provide you also the name and address of the factory that I purchased these two pieces from. I purchased both of these pieces over a year ago. I have only sold 17 round grape trays and 28 bowls total.

    As you can see I do not have big volume sales and am a small business struggling to stay afloat. I have lost money the first couple of years in business and hoping to turn the corner at some point. After shipping and broker fees I have only made a small amount of money on the grape bowl and grape tray. I have invoices and sales reports reflecting the prior information. I do not have the money for a lawyer and am unaware of any business insurance related coverage. I am trying to find a solution and will be happy to provide any information you need. I have immediately stopped selling any items on your list that I still offer, which includes the grape bowl and tray. As I stated before the other elephant trays and crab dish were discontinued long ago. I am in the process of making a new catalog and will destroy any old ones I come across. Thank you for your time and I look forward to a resolution. Please let me know what your next step is and how I can help with any information or documents. Thank you again.



for com

for comparison to Exhibit 5, short name 344





to compare
to Exhibit 6
grape vine + leaf design
craft name 1586



To compare to Exhibit 3
Short name 280