In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

CIVIL MINUTES

E-FILING

**Date:** July 2, 2008

**Case No:** C08-1719 EMC             **FTR Time:**   2:00 - 2:13 p.m.

**Case Name:** Arthur Court Designs v. Owens, et al.

**Attorneys:**   Martin Nicolaus for Plaintiff
Sherri Owens, pro se Defendant

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held

**ORDERED AFTER HEARING:**

Defendant Owens shall provide plaintiff with contact information of Defendant Jensen within 10 days. This case is referred to ADR for mediation to be held within 90-120 days. Trial will be set at next case management conference. Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 11/5/08 at 2:30 p.m. for Further Status Conference. Defendant may appear by phone. An updated Status Conference Statement shall be filed on or before 10/29/2008.

cc: EMC/ ADR