**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR COURT DESIGNS, INC., | No. CV08-01719 EMC |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| SHERRI OWENS, et al., | |
| Defendants. | |
| _____/ | |

Following the Case Management Conference held on **7/2/2008,** IT IS HEREBY ORDERED THAT:

A further case management conference is set for **11/5/2008** at **2:30 p.m.** before Magistrate Judge Chen in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Defendant Sherri Owens may appear by telephone. Updated **joint** case management conference statement is due **10/29/2008.**

Pursuant to Fed.R.Civ.P. 16, IT IS FURTHER ORDERED THAT the following case management and pretrial order is entered:

1. Defendant Owens shall provide home address of and all other contact information for Defendant Jensen within Owens' possession or knowledge to Plaintiff within 10 days of the date of this Order. Plaintiff shall serve Defendant Jensen as soon as practicable.

CASE MANAGEMENT ORDER

2. This case is referred to the Alternative Dispute Resolution Program for mediation to be held between 90 and 120 days from the date of this Order.

3. Trial date will be set at the 11/5/2008 case management conference.

4. Pending completion of mediation, the parties may conduct reasonable limited written discovery. Plaintiff may request production of allegedly infringing products within Ms. Owens' custody, possession or control; as to any item Ms. Owens' contends is not within her custody, possession or control, she shall so state in her response to Plaintiff's request for production. Should mediation fail, any further discovery shall be taken pursuant to further order of the Court.

Dated: July 3, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

CASE MANAGEMENT ORDER

2