Martin Nicolaus SBN 124461
Nicolaus Law Office
1342 California Street
Berkeley, CA 94703
Telephone (510) 526-6946
Fax (510) 868-0588

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

ARTHUR COURT DESIGNS INC.

    Plaintiffs,

      v.

SHERRI OWEN, JOHN JENSEN, and DOES 1
to 10 ,

    Defendants.

NO. **C08-01719 EMC**

**PROPOSED ORDER EXTENDING MEDIATION DEADLINE**

      The parties and the assigned Mediator having so stipulated, and good cause appearing,

comes now the Court and orders that the time to complete the mediation process in this matter be

and hereby is extended to _____ December 31, 2008 _____.

SO ORDERED:

Date: _____ October 27, 2008 _____

IT IS SO ORDERED

Judge Edward M. Chen

M_____ _____ eral District Court

Nicolaus Law Office
1342 California Street
Berkeley, CA 94703
Telephone 510-526-6946