```
Martin Nicolaus SBN 124461
Nicolaus Law Office
1342 California Street
Berkeley, CA 94703
Telephone (510) 526-6946
Fax (510) 868-0588

Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| ARTHUR COURT DESIGNS INC. Plaintiffs, v. SHERRI OWEN, JOHN JENSEN, and DOES 1 to 10, Defendants. | NO. C08-01719 EMC [PROPOSED] STIPULATED CONSENT DECREE AND ORDER AS TO DEFENDANT SHERRI OWENS |
|---|---|

Plaintiff ARTHUR COURT DESIGNS INC. and the defendant SHERRI OWENS (sued herein as SHERRI OWEN) hereby stipulate and agree as follows:

1. Plaintiff is the owner of all right, title and interest in the following copyrights described further in the Complaint initiating this lawsuit:

| Copyright Registration No. | Copyright Certificate Title | Copyright Reg. Date |
|---|---|---|
| VA 931-695 | 10-1634 Sand cast aluminum 14" Grape Salad Bowl | 9/22/1998 |
| VA 951-428 | 10-1694 Sand-cast Aluminum 16" Dia. Grape Tray | 3/22/1999 |
| VA 393 594 | Aluminum tray in the form of two crabs, with raised crab designs, # 10-280 | 5/4/1989 |
| VA 393 599 | Aluminum oblong tray with raised elephant design, #10-336 | 5/4/1989 |
| VA 393-601 | Aluminum tray w/raised shapes & forms of elephants, #10- | 5/4/1989 |

| | | 344 | |
|---|---|---|---|
| | VA 871-966 | Cast aluminum Serving Set in the Grape Vine and Leaf Design | 9/15/1997 |

2. Within the statute of limitations prior to the filing date of the complaint in this lawsuit, the defendants SHERRI OWENS and JOHN JENSEN did business as an unregistered partnership under the fictitious business name of NECESSITIES IN PEWTER and/or NECESSITIES IN HOME DESIGN, with headquarters in Phoenix, Arizona, using the Internet domain name necessitiesforhome.com.

3. Within the statute of limitations prior to the filing date of the complaint in this lawsuit, the defendants SHERRI OWENS and JOHN JENSEN purchased in Mexico and elsewhere, imported into the United States, advertised and offered for sale, and did sell and ship to retail buyers in the United States, unlawful copies of copyrighted works owned by Plaintiff Arthur Court Designs Inc., all in violation of the U.S. Copyright Act.

4. The defendant SHERRI OWENS, for herself only and not for any other defendant, declares under penalty of perjury that she is financially unable to respond in monetary damages to the claims advanced in this lawsuit.

5. In consideration of Plaintiff's forbearance from prosecuting Plaintiff's claim for monetary damages against her, the defendant SHERRI OWENS stipulates and agrees to the issuance of a permanent injunction against herself and against any person acting in concert with her, or acting as her agent, and against any business entity of any kind with which she is now or may in the future become involved as an owner or principal officer, barring her, it, or them from further infringement of plaintiff's copyrights; and she further stipulates and agrees:

6. That if she ever again infringes Plaintiff's copyrights, the infringement will be deemed "willful" within the meaning of the Copyright Act at 17 U.S.C. § 504(c)(2) providing for increased statutory damages; and

7. That she will cooperate with Plaintiff in prosecuting Plaintiff's claims against the defendant JOHN JENSEN in this lawsuit to a conclusion by way of judgment, settlement, or otherwise.

8. Accordingly, Plaintiff and the defendant SHERRI OWENS only, for herself and

Nicolaus Law Office
1342 California Street
Berkeley, CA 94703
Telephone 510-526-6946

not for any other defendant, stipulate and agree that the Court may and shall enter judgment against her alone, and not against any other defendant, on the terms contained in this Stipulated Consent Decree, with each party to bear its own costs and attorney fees.

Agreed:

_[signature]_  
Defendant SHERRI OWENS (sued herein as Sherri Owen)

LOCATED IN:  
CITY: Phoenix  
COUNTY OF: Maricop  
STATE OF: AZ  
DATE: 1/26/09

_[signature]_  
Plaintiff ARTHUR COURT DESIGNS INC.  
By ELENA ORSINI COURT, President

DATE: 02-04-09

## ORDER

COMES NOW THE COURT, having reviewed the foregoing Stipulated Consent Decree, and good cause appearing, **orders, adjudges and decrees** that the Clerk shall enter the same as the judgment of this Court as to the defendant SHERRI OWENS only.

SO ORDERED:

Date: February 9, 2009

_____  
Magistrate Judge of the Federal District Court

**IT IS SO ORDERED**  
_[signature]_  
Judge Edward M. Chen  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

Nicolaus Law Office  
1342 California Street  
Berkeley, CA 94703  
Telephone 510-526-6946

[PROPOSED] STIPULATED CONSENT DECREE AND ORDER    C08-01719 EMC    PAGE 3